# Court of Appeals
# of the State of Georgia

ATLANTA,  January 09, 2017

*The Court of Appeals hereby passes the following order:*

## A17A0822. TONY L. WARE et al. v. VENDOR RESOURCES MANAGEMENT.

This case originated as a dispossessory proceeding in magistrate court. The magistrate court entered a judgment in favor of the plaintiff, and the defendants appealed to superior court.[1] On October 31, 2016, the superior court granted summary judgment to the plaintiff, and the defendants filed this appeal. We, however, lack jurisdiction.

When a superior court order involves a de novo appeal from a magistrate court decision, an appellant is required to follow the discretionary appeal procedure. See OCGA § 5-6-35 (a) (1); *English v. Delbridge*, 216 Ga. App. 366, 367 (454 SE2d 175) (1995). The defendants' failure to follow the proper appellate procedure deprives us of jurisdiction to review this appeal, which is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,  01/09/2017*
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*

---

[1] The appeal to superior court was originally filed by Rachel Foreman, Diane Shuman and Edward Shuman. Tony Ware was subsequently added as a party.